IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20106
Summary Calendar
_____


SAMUEL CITIZEN,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                        Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. J-95-CV-4689
- - - - - - - - - -
May 27, 1996
Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

    Texas prisoner Samuel Citizen presented his challenge to the
sufficiency of the evidence to the Texas Court of Criminal
Appeals in his second state habeas petition.  Consequently, the
district court abused its discretion by dismissing Citizen's
federal habeas petition for failing to exhaust state remedies as
to this issue.  Therefore, it is ORDERED that Citizen's motion

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

for a certificate of probable cause is GRANTED, the order of dismissal is VACATED, and the case is REMANDED to the district court.